UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBRA BELLAMY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:23-cv-0010-MPB-TAB |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) ) |
| Defendant. | ) ) |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter has come before the Court on the Joint Stipulation of Dismissal with Prejudice (Docket No. 23) filed by the parties hereto, and the Court having considered the same and being otherwise duly advised in the premises, now finds that said Joint Stipulation should be approved.

IT IS, THEREFORE, ORDERED that this cause is hereby dismissed, with prejudice, in its entirety, including as to all claims that were brought or that could have been brought as to all parties, each party to bear its own fees, costs, and expenses.

Dated: August 21, 2023

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.